UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAREN AKRE, a married person,<br><br>    Plaintiff<br><br>vs.<br><br>COMPASS GROUP USA, INC., a Delaware corporation doing business in Washington State; d/b/a "Eurest Dining Services" d/b/a "Jet City Café",,<br><br>    Defendants. | NO. 2:17-cv-01750-JLR<br><br>STIPULATED ORDER RE EXAMINATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 35 |

The parties, by and through their respective attorneys, stipulate as follows:

Plaintiff has filed the above lawsuit for personal injury, and has placed her physical condition in controversy. Defendant has requested under Federal Rule of Civil Procedure 35 a medical examination by a medical doctor who practices in the field of orthopedics.

I.  Stipulation

A Fed. R. Civ. P. 35 Examination is stipulated between the parties on the following terms and conditions:

1. A physical examination by Stanley Kopp, MD of Plaintiff Karen Akre shall take place as follows:

STIPULATED ORDER
RE Fed. R. Civ. P. 35 EXAMINATION- 1

KADISH TWERSKY LAW FIRM
2920 COLBY AVENUE, SUITE 102
Everett, WA 98201
(425)258-1843

Date: October 12, 2018
Time: 11:00 a.m.
Place: Chiropractic Associates of Everett
1819 100th Pl SE, Suite A
Everett, WA 98208

2. Defendant has chosen the Examiner, who shall be Stanley Kopp, MD, a medical doctor. Plaintiff has not participated in choosing the doctor.

3. The physical examination shall last no more than 90 minutes, and shall consist of a typical physical examination by a doctor practicing medicine in the field of orthopedics. The doctor shall not opine beyond his field of expertise of orthopedics (including physical therapy and massage therapy).

4. Plaintiff shall be allowed to have a representative present at the examination. That representative shall be allowed to video record and audio record the examination. There shall be no other audio or video recording of the examination. The videographer will remain in one position, and will not interfere with the examination. The Examiner shall not block the camera, or otherwise interfere with the video recording of the examination, and shall conduct all tests in such a way that the videographer shall be able to record each test and test result and measurement.

5. A curriculum vitae and fee schedule for the Examiner shall be delivered to Plaintiff's attorney before the Fed. R. Civ. P. 35 examination begins. The Examiner shall make written reports of the examination, and attorney for Defendant shall cause a copy of the report, to be delivered to Plaintiff's attorney no later than October 31, 2018, as set forth in the civil case schedule.

6. On or before the day that Defendant produces a copy of the Fed. R. Civ. P. 35 report, Defendant shall provide Plaintiff's counsel with a copy of all documents provided to the Examiner.

7. A copy of this Stipulation shall be given to the Examiner before the examination takes place, to apprise the Examiner of the terms and conditions limitations agreed to herein.

8. No questions shall be asked of the Plaintiff by the Examiner or staff related to negligence or legal liability. This restriction does not limit inquiry into the physical dynamics of any alleged injury occurrence relevant to the Plaintiff's present condition or the Plaintiff's physical capacities.

9. No invasive tests, imaging, or painful tests shall be done by the Examiner.

STIPULATED ORDER
RE Fed. R. Civ. P. 35 EXAMINATION- 2

KADISH TWERSKY LAW FIRM
2920 COLBY AVENUE, SUITE 102
Everett, WA 98201
(425)259-1841

10. The above described Fed. R. Civ. P. 35 examination shall be the only physical examination allowed to Defendant in this lawsuit, so long as Plaintiff's current diagnosis does not change.

DATED this ____ day of September 2018.

| Preg O'Donnell & Gillett PLLC | Kadish Twersky Law Firm |
|---|---|
| *[signature]* | *[signature]* |
| Amber R. Hazelquist, WSBA No. 41283 | Jeffrey Twersky, WSBA No. 26581 |
| Attorney for Defendant | Attorney for Plaintiff |
| Shook, Hardy & Bacon, LLP | MOORE LAW GROUP, PLLC |
| | /s/ Joseph W. Moore |
| Laura B. Lawson, MO Bar No. 51401 | Joseph W. Moore, WSBA No. 44061 |
| Bailey J. Samuel, MO Bar No. 70051 | Attorney for Plaintiff |

Order

The parties having stipulated and agreed,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Fed. R. Civ. P. 35 examination, and any future Fed. R. Civ. P. 35 examination of Plaintiff, shall proceed on the terms and conditions set forth above.

DATED this ____ day of ~~September~~ October 2018

*[signature]*
~~Superior Court Commissioner~~
James L. Robart
United States District Judge

//

//

STIPULATED ORDER
RE Fed. R. Civ. P. 35 EXAMINATION- 3

1

2  Presented by:

3  Kadish Twersky Law Firm

MOORE LAW GROUP, PLLC

4

/s/ Joseph W. Moore
Joseph W. Moore, WSBA No. 44061
Attorney for Plaintiff

5  Jeffrey Twersky, WSBA No. 26581
   Attorney for Plaintiff

6

   Copy received; approved for entry:

7  Preg O'Donnell & Gillett PLLC

Shook, Hardy & Bacon, LLP

8

9

   Amber R. Hazelquist, WSBA No. 41283
10 Attorney for Defendant

Laura B. Lawson, MO Bar No. 51401
Bailey J. Samuel, MO Bar No. 70051

11

12

13

14

15

16

17

18

19

20

21

22

STIPULATED ORDER
RE Fed. R. Civ. P. 35 EXAMINATION- 4

KADISH TWERSKY LAW FIRM
2926 COLBY AVENUE, SUITE 102
Everett, WA 98201
(425)259-5841

10. The above described Fed. R. Civ. P. 35 examination shall be the only physical examination allowed to Defendant in this lawsuit, so long as Plaintiff's current diagnosis does not change.

DATED this ____ day of September 2018.

| Preg O'Donnell & Gillett PLLC | Kadish Twersky Law Firm |
|---|---|
| *(signature)* | *(signature)* |
| Amber R. Hazelquist, WSBA No. 41283<br>Attorney for Defendant | Jeffrey Twersky, WSBA No. 26581<br>Attorney for Plaintiff |
| Shook, Hardy & Bacon, LLP | MOORE LAW GROUP, PLLC |
| *(signature)*<br>Laura B. Lawson, MO Bar No. 51401<br>Bailey J. Samuel, MO Bar No. 70051 | /s/ Joseph W. Moore<br>Joseph W. Moore, WSBA No. 44061<br>Attorney for Plaintiff |

Order

The parties having stipulated and agreed,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Fed. R. Civ. P. 35 examination, and any future Fed. R. Civ. P. 35 examination of Plaintiff, shall proceed on the terms and conditions set forth above.

DATED this ____ day of September 2018

_____
Superior Court Commissioner

//

//

STIPULATED ORDER
RE Fed. R. Civ. P. 35 EXAMINATION- 3

Presented by:

Kadish Twersky Law Firm

*[signature]*
Jeffrey Twersky, WSBA No. 26581
Attorney for Plaintiff

Copy received; approved for entry:

Preg O'Donnell & Gillett PLLC

*[signature]*
Amber R. Hazelquist, WSBA No. 41283
Attorney for Defendant

MOORE LAW GROUP, PLLC

/s/ Joseph W. Moore
Joseph W. Moore, WSBA No. 44061
Attorney for Plaintiff

Shook, Hardy & Bacon, LLP

*[signature]*
Laura B. Lawson, MO Bar No. 51401
Bailey J. Samuel, MO Bar No. 70051

STIPULATED ORDER
RE Fed. R. Civ. P. 35 EXAMINATION- 4

KADISH TWERSKY LAW FIRM
2920 COLBY AVENUE, SUITE 102
Everett, WA 98201
(425)259-1041