# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KAREN AKRE,<br><br>                Plaintiff,<br>    v.<br><br>COMPASS GROUP USA, INC.,<br><br>                Defendant. | CASE NO. C17-1750JLR<br><br>ORDER GRANTING IN PART AND DENYING IN PART STIPULATED MOTION TO CONTINUE THE TRIAL DATE |

Before the court is the parties' stipulated motion to continue the trial for approximately six months. (Stip. Mot. (Dkt. # 21).) The parties' state that they need a new trial date due to Plaintiff Karen Akre's recent surgery that prevents her from undergoing a vocational analysis. (*Id.* at 1.) The court finds good cause to continue the trial date, but cannot accommodate the November 12, 2019, date that the parties request. (*See id.* at 2.) Accordingly, the court GRANTS the parties' motion for a new trial date, but DENIES their request for a November 12, 2019, trial date. Instead, the court CONTINUES the trial date to October 28, 2019. The court will separately issue an

ORDER - 1

amended scheduling order based on the new trial date for those case deadlines that have not already expired. (*See* Sched. Ord. (Dkt. # 16).)

Dated this 23rd day of October, 2018.

JAMES L. ROBART
United States District Judge