Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

KAREN AKRE, a married person,

Plaintiff

vs.

COMPASS GROUP USA, INC., a Delaware corporation doing business in Washington State; d/b/a "Eurest Dining Services" d/b/a "Jet City Café",

Defendants.

NO. 2:17-cv-01750-JLR

STIPULATION FOR AND ORDER OF DISMISSAL WITH PREJUDICE

TO:   Above named Defendants, ,
AND:  Amber R. Hazelquist and Bailey J Samuel, Attorneys for Defendants

## STIPULATION

IT IS STIPULATED between the parties hereto, through their undersigned attorneys of record, that the above entitled cause is fully compromised and settled and that the same be dismissed with prejudice and without costs to any party.

DATED this 29th day of November 2018.

Presented by:
Kadish Twersky Law Firm

/s/ [signature]
Jeffrey Twersky, WSBA #26581
Attorney for Plaintiff

Moore Law Group

/s/ Joseph W. Moore
By: Joseph Moore, WSBA#44061
Attorney for Plaintiff

STIPULATION FOR AND ORDER OF
DISMISSAL WITH PREJUDICE Page 1

KADISH TWERSKY LAW FIRM
2920 COLBY AVENUE, SUITE 102
Everett, WA 98201
(425)259-1941

Copy received; approved for entry:

Preg O'Donnell & Gillett PLLC

/s/ ARHazelquist

Amber R. Hazelquist, WSBA#41283
Attorney for Defendants

Shook, Hardy & Bacon LLP

_____
Bailey Samuel, WSBA#70051
Attorney for Defendants

## ORDER

Pursuant to the foregoing Stipulation, it appears that the above-entitled cause has been fully settled and that these parties have agreed to dismissal of said cause.

NOW THEREFORE,

IT IS HEREBY ORDERED that the above-entitled cause is hereby dismissed with prejudice and without cost to any of the parties.

DATED this ___30th___ day of November 2018.

_____
Honorable James L. Robart

Kadish Twersky Law Firm

_____
Jeffrey Twersky, WSBA #26581
Attorney for Plaintiff

Moore Law Group

/s/ Joseph W. Moore
_____
By: Joseph Moore, WSBA#44061
Attorney for Plaintiff

Copy received; approved for entry:

Preg O'Donnell & Gillett PLLC

_____
Amber R. Hazelquist, WSBA#41283
Attorney for Defendants

Shook, Hardy & Bacon LLP

_____
Bailey Samuel, WSBA#70051
Attorney for Defendants

STIPULATION FOR AND ORDER OF
DISMISSAL WITH PREJUDICE Page 2

KADISH TWERSKY LAW FIRM
2920 COLBY AVENUE, SUITE 102
Everett, WA 98201
(425)259-1641